

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-
League City, Ltd. v. Andrew Kohlmeyer and April Kohlmeyer

Appellate case number:   01-19-00519-CV

Trial court case number: 18-CV-1285

Trial court:                      10th District Court of Galveston County

     The motion for en banc reconsideration is **denied**.

     It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
              ☐ Acting individually     ☑ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:    ____August 17, 2021____